UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CIVIL NO.09-14738
HON. PATRICK J. DUGGAN

SANDRA VANDEVENTER,

        Plaintiff(s),

-v-

MICHAEL OLCESE, ET.AL,

        Defendant(s).

_____/

## ORDER SETTING ASIDE ORDER TO SHOW CAUSE

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on May 11, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
UNITED STATES DISTRICT JUDGE

    The defendants having filed an answer;  therefore

    IT IS ORDERED that the Court's Order to Show Cause as to why this case should

not be dismissed for failure to serve defendants be and the same is hereby **SET ASIDE.**

        s/Patrick J. Duggan_____
        Patrick J. Duggan
        United States District Judge

Dated:  May 11, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record
on May 11, 2010, by electronic and/or ordinary mail.

        s/Marilyn Orem_____
        Case Manager